The People of the State of New York, Respondent, 
against
Oluwaseun Popoola, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered December 2, 2015, after a nonjury trial, convicting him of unlicensed general vending, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert M. Mandelbaum, J.), rendered December 2, 2015, affirmed.
The accusatory instrument was not jurisdictionally defective. It charged all the elements of unlicensed general vending (see Administrative Code of City of NY § 20—453). The instrument recites that defendant was observed "standing next to a bicycle and in possession of [a] flyer, which depicted several bicycles," and that "an individual hand[ed] the defendant [a] one-hundred dollar bill ($100)" and that defendant "handed the individual a bicycle in exchange." Based on these allegations, a factfinder could reasonably infer that defendant engaged in the conduct required for acting as a general vendor (see People v Abdurraheem, 94 AD3d 569 [2012], lv denied 19 NY3d 970 [2012]). Likewise, allegations that the specified vending activities occurred "in front of 240 Central Park South" satisfied the "public space" element of the offense (Administrative Code § 20-452[d]; People v Abdurraheem, 94 AD3d at 570; People v Jones, 60 Misc 3d 129[A], 2018 NY Slip Op 50958[U][App Term, 1st Dept 2018], lv denied 32 NY3d 1005 [2018]). 

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur
 
Decision Date: February 22, 2019